UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SHANIQUE ROSEANNE               )
NICOLE PEREZ,                   )
    Plaintiff,                  )
                                )
    v.                          )    Civil Action No. _____
                                )
V WAX STUDIO, LLC               )
A revoked District of Columbia LLC )  Case: 1:25−cv−03897   JURY DEMAND
Service Pursuant to             )  Assigned To : Unassigned
D.C. Code § 29–104.12(d)        )  Assign. Date : 11/10/2025
1100 4th Street S.W.            )  Description: Employ. Discrim. (H−DECK)
Washington, D.C. 20024          )
                                )
                                )
TATIANA MCKINSTRY,              )
Serve at: Bare Wellness Spa     )
2505 Wisconsin Avenue NW, Suite 1 )
Washington, DC 2007             )
    Defendants.                 )
                                )
                                )

COMPLAINT

Plaintiff, proceeding pro se, alleges as follows:

I.    JURISDICTION AND VENUE

1.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 215(a)(3), which prohibits retaliation against employees who assert their right to lawful wages.

2.    Jurisdiction is proper under 28 U.S.C. § 1331.

3.    The Court has supplemental jurisdiction over Plaintiff's claims under the D.C. Wage Payment and Collection Law ("DCWPCL"), D.C. Code § 32–1301 et seq., and the D.C.

RECEIVED

NOV 1 0 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Minimum Wage Act, D.C. Code § 32–1001 et seq.

4.   Venue is proper in this District under 28 U.S.C. § 1391(b).

II.   PARTIES

5.   Plaintiff is a former hourly employee of Defendants.

6.   Defendant V WAX STUDIO, LLC was Plaintiff's employer. The LLC is currently revoked, and therefore service is effected pursuant to D.C. Code § 29–104.12(d) through the Office of the Mayor / DLCP.

7.   Defendant TATIANA MCKINSTRY owned, controlled, and directed Plaintiff's employment and wage practices, and is personally liable under D.C. wage law.

III.   FACTS

8.   Plaintiff was hired by Defendant McKinstry in 2022 to serve as business manager and receptionist at V Wax Studio. Plaintiff's duties included customer service, scheduling, studio operations, administrative management, payroll processing, for Defendant McKinstry.

9.   Plaintiff frequently performed payroll duties on Mondays, which was Plaintiff's designated day off from the studio's client schedule.

10.   In late November 2022, Defendant McKinstry contacted Plaintiff by text message questioning why Plaintiff had clocked in while performing payroll duties on a Monday.

11.   Plaintiff informed Defendant McKinstry that payroll, administrative work, answering calls, and related tasks were compensable work under the law, and that Plaintiff could not work without being paid.

12. Defendant McKinstry stated that Plaintiff should not clock in for payroll work. Plaintiff again asserted her right to lawful wages, and refused to perform unpaid labor.

13. Plaintiff's refusal to work "off the clock" constituted protected activity under federal and D.C. wage law.

14. Following this assertion of rights, Defendant McKinstry became hostile toward Plaintiff, isolated Plaintiff from co-workers, and shortly thereafter terminated Plaintiff's employment.

15. The timing and circumstances show Plaintiff was terminated because she asserted her legal right to be paid for all hours worked.

16. Defendants' conduct was knowing, intentional, and willful.

17. As a result of Defendants' retaliation, Plaintiff experienced financial loss, loss of community and professional support, emotional distress, and disruption to family stability.

IV.    CLAIMS FOR RELIEF

Count I — Retaliation
Fair Labor Standards Act, 29 U.S.C. § 215(a)(3)

18. Plaintiff incorporates ¶¶ 1–17.

19. Plaintiff engaged in protected activity by refusing to work without pay.

20. Defendants terminated Plaintiff because of her protected activity.

21. This constitutes unlawful retaliation under the FLSA.

Count II — Unpaid Wages

D.C. Wage Payment & Collection Law, D.C. Code § 32–1301 et seq.

22. Plaintiff incorporates ¶¶ 1–21.

23. Defendants failed to pay Plaintiff for work performed.

24. Under D.C. law, owners are jointly and severally liable for wage violations.

25. Plaintiff is entitled to unpaid wages, treble damages, interest, and statutory penalties.

V. PRAYER FOR RELIEF

Plaintiff respectfully requests:

A. Back pay and unpaid wages;
B. Liquidated and/or treble damages;
C. Pre- and post-judgment interest;
D. Costs of suit;
E. A jury trial; and
F. Such further relief as the Court deems just.

JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

Shanique R. N. Perez (She, Her, Hers)
1705 January Drive #304
Silver Spring, Maryland 20904

November 10, 2025

## CERTIFICATE OF SERVICE

I certify that on this 10th day of November, I caused a copy of the Summons and Complaint to be served as follows:

(1) V Wax Studio, LLC via Office of the Mayor / DLCP, 1100 4th Street SW, Washington, DC 20024.

(2) Tatiana McKinstry at Bare Wellness Spa, 2505 Wisconsin Ave NW, Suite G1, Washington, DC 20007.

Respectfully submitted,

November 10, 2025

Shanique R. N. Perez (She, Her, Hers)

1705 January Drive #304

Silver Spring, Maryland 20904

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANIQUE ROSEANNE NICOLE PEREZ,<br>　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. _____ |
| V WAX STUDIO, LLC<br>A revoked District of Columbia LLC<br>Service Pursuant to<br>D.C. Code § 29–104.12(d)<br>1100 4th Street S.W.<br>Washington, D.C. 20024 | ) ) ) ) ) ) ) ) | Case: 1:25–cv–03897   JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 11/10/2025<br>Description: Employ. Discrim. (H–DECK) |
| TATIANA MCKINSTRY,<br>Serve at: Bare Wellness Spa<br>2505 Wisconsin Avenue NW, Suite 1<br>Washington, DC 2007<br>　　Defendants. | ) ) ) ) ) ) ) ) | |

NOTICE OF FILING

Plaintiff hereby gives notice of filing the attached Complaint against Defendants V Wax Studio, LLC and Tatiana McKinstry.

November 10, 2025

Respectfully submitted,

*Shanique Perez*

Shanique R. N. Perez (She/Her, Hers)

1705 January Drive #304

Silver Spring, MD 20904